**Fashion Bug**
450 Winks Lane, Bensalem, PA 19020
Ph: 877-343-5072

| | |
|---|---|
| Pay Group: | 710-Fashion Bug Stores |
| Pay Begin Date: | 11/18/2012 |
| Pay End Date: | 12/01/2012 |

| | |
|---|---|
| Business Unit: | 750 |
| Advice #: | 000000001052495 |
| Advice Date: | 12/07/2012 |

**Sally A Hoover**
2009 Edna Avenue
Scranton, PA 18508

| | |
|---|---|
| Employee ID: | 0073171 |
| Department: | 0643-0643 |
| Location: | Fashion Bug SCranton PA |
| Job Title: | Sales Associate PT (PT SA) |
| Brand Name: | Fashion Bug |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Single | n/a |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | 3.00 | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 7.917000 | 25.25 | 199.91 | 455.25 | 3,604.24 |
| Holiday Overtime | | | 0.00 | | 0.00 |
| Instant Credit | | | 0.00 | | 5.00 |
| **TOTAL (excl Non-Cash)** | | **25.25** | **199.91** | **455.25** | **3,609.24** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 13.52 | 219.39 |
| Fed MED/EE | 2.89 | 52.33 |
| Fed OASDI/EE | 8.40 | 151.59 |
| PA Unempl EE | 0.16 | 2.89 |
| PA Withholdng | 6.14 | 111.07 |
| PA Withholdng | 6.80 | 123.02 |
| PA LS Tax | 2.00 | 38.00 |
| **TOTAL:** | **39.91** | **698.29** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401K | 11.99 | 197.67 |
| **TOTAL:** | **11.99** | **197.67** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401K | 5.00 | 55.29 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 199.91 | 187.92 | 39.91 | 11.99 | 148.01 |
| YTD | 3,609.24 | 3,411.57 | 698.29 | 197.67 | 2,713.28 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 0.0 | 0.0 |
| + Earned | 0.0 | 0.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 0.0 | 0.0 |
| - Sold | 0.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **0.0** | **0.0** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001052495 | Checking | 4502032107 | $148.01 |
| **TOTAL:** | | | **$148.01** |

**MESSAGE:** *Non Cash Earnings*